| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>HOEVELER, WILLIAM M | 2. Court or Organization<br>U. S. District Court | 3. Date of Report<br>7/14/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Senior U. S. District Judge | 5. Report Type (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>301 North Miami Avenue<br>9th Floor<br>Miami, FL 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Transition, Inc., (Non-profit rehabilitation |
| 2. Bd. of Advisors | Recording for the Blind |
| 3. Board of Contributors | University of Texas, School of Law "Review of Litigation" |
| 4. Advisor | Spellman\Hoeveler Inn of Court |
| 5. Co-Trustee w\No.Trust Bank | Trust #1, Declaration of Trust, Dated 4\20\00 |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUL 22 A 10: 46 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | SELF EMPLOYED - PHYSICAL THERAPIST |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | HOEVELER, WILLIAM M | | 7/14/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 7/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #1 | | | | | | | | | |
| 2. - C SH Intel | A | Dividend | J | T | | | | | |
| 3. -C SH Microsoft | A | Dividend | J | T | | | | | |
| 4. -No. Trust Money Market | D | Interest | K | T | | | | | |
| 5. -C SH Wells Fargo | A | Dividend | J | T | | | | | |
| 6. Checking account - Bank of America, Coral Gables, FL | A | Interest | L | T | | | | | |
| 7. NOW Checking Account, No. Trust Bank, Miami, FL | A | Interest | J | T | | | | | |
| 8. -Corp. Bond units - DuPont de Nemours | B | Interest | K | T | matured | 10\15 | K | | No. Trust |
| 9. -Corp. Bond units - Hewlett Packard Co NT | B | Interest | K | T | | | | | |
| 10. -Corp. Bond units - Bk of Am Corp SR NT | B | Interest | L | T | | | | | |
| 11. -Corp. Bond units - Emerson Electric BD | B | Interest | L | T | | | | | |
| 12. -C SH GE Corp | A | Dividend | J | T | | | | | |
| 13. -C SH Harley Davidson | A | Dividend | J | T | | | | | |
| 14. -C SH Target | A | Dividend | J | T | | | | | |
| 15. -C SH Pfizer | A | Dividend | J | T | | | | | |
| 16. -C SH Citigroup | A | Dividend | J | T | | | | | |
| 17. -C SH Cisco | | None | J | T | | | | | |
| 18. -C SH Nokia | A | Dividend | J | T | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOEVELER, WILLIAM M | 7/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -C SH Home Depot | A | Dividend | J | T | | | | | |
| 20. -C SH Viacom | A | Dividend | J | T | | | | | |
| 21. -C SH Amgen | | None | J | T | | | | | |
| 22. -C SH Medtronic | A | Dividend | J | T | | | | | |
| 23. -C SH Am. Int' Group | A | Dividend | J | T | | | | | |
| 24. -C SH Fed. Nat'l Mortgage Assn | A | Dividend | J | T | sold | 5\31 | J | | No. Trust Bank |
| 25. -C SH Merrill Lynch | A | Dividend | J | T | sold | 10\28 | J | | No Trust Bank |
| 26. -C SH IBM | A | Dividend | J | T | | | | | |
| 27. -US Gov't Obligation units - Fed Home LN BKS | B | Interest | K | T | | | | | |
| 28. -C SH Anheuser Busch | A | Dividend | J | T | | | | | |
| 29. -C SH Amoco | A | Dividend | J | T | | | | | |
| 30. -C SH Best Buy | A | Dividend | J | T | | | | | |
| 31. -C SH Caterpillar | A | Dividend | J | T | | | | | |
| 32. -C SH Chevron/Texaco | A | Dividend | J | T | | | | | |
| 33. -C SH General Dynamics | A | Dividend | J | T | | | | | |
| 34. -C SH Health Mgmt | A | Dividend | J | T | | | | | |
| 35. -C SH Johnson/Johnson | A | Dividend | J | T | | | | | |
| 36. -C SH Kraft Foods | A | Dividend | J | T | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOEVELER, WILLIAM M | 7/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -C SH Minnesota Mining | A | Dividend | J | T | | | | | |
| 38. -C SH Pepsico | A | Dividend | J | T | | | | | |
| 39. -C SH Texas Inst. | A | Dividend | J | T | | | | | |
| 40. -C SH United Tech | A | Dividend | J | T | | | | | |
| 41. -U.S. Gov't Obligation Units Fed. Home Ln Mtg Corp | A | Interest | K | T | matured | 11\15 | L | | No. Trust Bank |
| 42. -C SH Alcoa | A | Dividend | J | T | | | | | |
| 43. -Corp Bond units - Countrywide Home Loan Inc | B | Interest | K | T | | | | | |
| 44. -Corp Bond units - Bristol Myers | B | Interest | K | T | | | | | |
| 45. -Corp Bond units - Am. Express Co | B | Interest | K | T | | | | | |
| 46. -C Shares - Am. Express | | None | J | T | | | | | |
| 47. -US Gov't Obligation units - Fed Home Loan Banks Cons. | A | Interest | K | T | | | | | |
| 48. -Bank of America (CD) | A | Interest | M | T | | | | | |
| 49. -Bank of America - Money Market | A | Interest | J | T | | | | | |
| 50. -C SH FNM (X) | A | Dividend | J | T | buy | 5\31 | J | | No. Trust Bank |
| 51. Trust #1 ▓ (X) | | | | | | | | | |
| 52. - Davis Real Estate Fund Class B | | None | J | T | | | | | |
| 53. -Davis Financial Fund Class B | | None | J | T | | | | | |
| 54. -Eaton Vance WW Health Sciences Fund Class B | | None | J | T | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    U = Book Value    V = Other    W = Estimated
(See Column C2)    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 7/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. - Oppenheimer Main St. Small Cap. Fund CL A | A | Dividend | J | T | | | | | |
| 56. - Putnam Health Sciences Trust CL B | A | Dividend | J | T | | | | | |
| 57. - Putnam Int'l Equity Fund CL B | A | Dividend | J | T | | | | | |
| 58. - Putnam Int'l Capital Opportunities Fund CL B | A | Dividend | K | T | | | | | |
| 59. - Citigroup Diversified Futures Fund LP | | None | K | T | | | | | |
| 60. - Annuity - Nationwide Life Insurance Co | | None | K | T | | | | | |
| 61. -Federal Home Loan MTG Corp | A | Interest | J | T | | | | | |
| 62. - Bank Deposit Program - Citibank | A | Dividend | J | T | | | | | |
| 63. Brokerage Acct (X) Managed Account - Smith Barney | B | Dividend | M | T | | | | | |
| 64. CGM Roth Conversion IRA (X) Smith Barney | | | | | | | | | |
| 65. -AIM Mid Cap Core Equity Fund CL A | A | Interest | J | T | | | | | |
| 66. -American Balanced Fund CL B | A | Interest | K | T | | | | | |
| 67. -Enterprise Small Co. Value Fund CL B | A | Interest | J | T | | | | | |
| 68. -Growth Fund of America CL B | A | Interest | J | T | | | | | |
| 69. -Morgan Stanley KLD Social Index Fund CL B | A | Interest | J | T | | | | | |
| 70. -Putnam Int'l Equity Fund CL B | A | Interest | J | T | | | | | |
| 71. -Seligman Capital Fund CL A | A | Interest | J | T | | | | | |
| 72. -Seligman Cash Mgmt Fund | A | Interest | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 7/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Seligman Global Tech Fund CL A | A | Interest | J | T | | | | | |
| 74. -Seligman Communications and Information Fund CL A | | | J | T | | | | | |
| 75. Savings Account ▮(X) | A | Interest | J | T | | | | | |
| 76. Checking Account ▮(X) | A | Interest | J | T | | | | | |
| 77. C SH Eastman Kodak ▮(X) | A | Interest | J | T | | | | | |
| 78. C SH Prudential Financial Inc ▮(X) | A | Interest | J | T | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Section VII. Investments and Trusts Line 63 is listed as Managed Account. ▆▆▆ has no control over the holdings in this account, however, there is no name associated with it other than their report saying Managed Account. I have listed the brokerage house to help identify it. ▆ neither chooses what is to be sold or bought in it.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date July 14, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544